# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HASON RINK, | : | Civil No. 3:18-CV-0337 |
| Plaintiff, | : | |
| v. | : | |
| UNITED STATES OF AMERICA, | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 19th day of August, 2020, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. Defendant's motion for summary judgment is **GRANTED**. (Doc. 16.)

2. The Clerk of Court shall enter judgment in favor of Defendant and against Plaintiff.

3. The Clerk of Court shall mark this matter **CLOSED**.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania